CLOSED, ECF, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-05637-PKC
### Internal Use Only

| | |
|---|---|
| Nipponkoa Insurance Company Limited v. Total Terminals International LLC et al | Date Filed: 06/13/2007 |
| Assigned to: Judge P. Kevin Castel | Date Terminated: 08/22/2007 |
| Demand: $600,000 | Jury Demand: None |
| Related Cases: 1:06-cv-00694-PKC | Nature of Suit: 120 Contract: Marine |
| 1:07-cv-05637-PKC | Jurisdiction: Federal Question |
| Cause: 28:1333 Admiralty | |

**Plaintiff**

**Nipponkoa Insurance Company Limited**  represented by  **David Thomas Maloof**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Mark Eagan**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue
Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: teagan@maloofandbrowne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Total Terminals International LLC**

**Defendant**

**Transbay Container Terminal, Inc.**  represented by  **Cornelius A Mahoney**
Mahoney & Keane, LLP
111 Broadway

New York, NY 10006
212 385-1422
Fax: 212 385-1605
Email: cmahoney@mahoneykeane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2007 | 1 | COMPLAINT against Total Terminals International LLC, Transbay Container Terminal, Inc.. (Filing Fee $ 350.00, Receipt Number 615438) Document filed by Nipponkoa Insurance Company Limited.(mbe) (Entered: 06/15/2007) |
| 06/13/2007 | | SUMMONS ISSUED as to Total Terminals International LLC, Transbay Container Terminal, Inc.. (mbe) (Entered: 06/15/2007) |
| 06/13/2007 | | CASE REFERRED TO Judge Kevin P. Castel as possibly related to 06-cv-0694. (mbe) (Entered: 06/15/2007) |
| 06/13/2007 | | Case Designated ECF. (mbe) (Entered: 06/15/2007) |
| 06/13/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Nipponkoa Life Insurance Company, Ltd., Nippponkoa Insurance Company, Ltd. as Corporate Parent. Document filed by Nipponkoa Insurance Company Limited.(mbe) (Entered: 06/15/2007) |
| 06/25/2007 | 5 | NOTICE OF CASE ASSIGNMENT to Judge P. Kevin Castel. Judge Unassigned is no longer assigned to the case. (jmi) (Entered: 07/11/2007) |
| 06/25/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:06-cv-00694-PKC. Notice of Assignment to follow. (jmi) (Entered: 07/11/2007) |
| 06/25/2007 | | Magistrate Judge James C. Francis is so designated. (jmi) (Entered: 07/11/2007) |
| 06/25/2007 | | Mailed notice to the attorney(s) of record. (jmi) (Entered: 07/11/2007) |
| 06/26/2007 | 4 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE: Initial Conference set for 8/3/2007 at 12:45 PM before Judge P. Kevin Castel, in courtroom 21C, 500 Pearl Street. (Signed by Judge P. Kevin Castel on 6/26/07) (jco) (Entered: 06/28/2007) |
| 06/27/2007 | 3 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Total Terminals International LLC served on 6/19/2007, answer due 7/9/2007; Transbay Container Terminal, Inc. served on 6/19/2007, answer due 7/9/2007. Service was accepted by Earl Long, Security Guard, and Sargeant Marshall, Security Guard Supervisor. Document filed by Nipponkoa Insurance Company Limited. (Maloof, David) (Entered: 06/27/2007) |
| 07/12/2007 | 6 | ANSWER to Complaint. Document filed by Transbay Container Terminal, Inc..(Mahoney, Cornelius) (Entered: 07/12/2007) |

| | | |
|---|---|---|
| 07/27/2007 | [7](#) | ENDORSED LETTER addressed to Judge Castel from Thomas M. Eagan dated 7/26/2007 re: Requesting a 30 day adjournment of the initial pretrial conference. ENDORSEMENT: Conference adjourned from August 3, 2007 to September 7, 2007 at 9:00 a.m..Initial Conference set for 9/7/2007 at 09:00 AM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. (Signed by Judge P. Kevin Castel on 7/27/2007) (ad) (Entered: 07/27/2007) |
| 08/22/2007 | [8](#) | ENDORSED LETTER addressed to Judge Castel from Cornelius A. Mahoney dated 08/16/2007 re: Requesting a premotion conference. ENDORSEMENT: Proposed motion will be addressed at September 7 conference. (Signed by Judge P. Kevin Castel on 08/22/2007) (ad) (Entered: 08/22/2007) |
| 08/22/2007 | [9](#) | STIPULATION AND ORDER: this case is transferred to the USDC-Northern District of California (Oakland Division). (Signed by Judge P. Kevin Castel on 8/22/07) (db) (Entered: 08/23/2007) |
| 08/22/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California (Oakland Division). Sent original file along with documents numbered 1-9, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 0018 on 8/30/07. (db) (Entered: 08/23/2007) |