SEP 24 AM 1:40

UNITED STATES DISTRICT COURT

Northern District of California

NIPPONKOA INSURANCE COMPANY LTD.,

CASE NO. 07 cv 04581 (EMC)

Plaintiff(s),

v.

TOTAL TERMINALS INTERNATIONAL LLC

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David T. Maloof, an active member in good standing of the bar of S.D.N.Y., Court of Appeals 2nd, 5th, & 6th Cir. whose business address and telephone number (particular court to which applicant is admitted) is

411 Theodore Fremd Ave, Suite 190, Rye NY 10580 (914) 921-1200

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing NIPPONKOA INSURANCE CO. LTD.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/25/07

Edward M. Chen
U. S. Magistrate Judge