GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

DAVID T. MALOOF, ESQ.
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Ave.
Suite 190-North Lobby
Rye, NY 10580

Attorneys for Plaintiff:
NIPPONKOA INSURANCE CO. LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| NIPPONKOA INSURANCE CO. LTD. | CASE NO.: C07-04581 EMC |
| Plaintiff, | NOTICE OF APPEARANCE OF CO-COUNSEL FOR NIPPONKOA INSURANCE CO. LTD. |
| v. | |
| TOTAL TERMINALS INTERNATIONAL LLC, | |
| Defendants. | |

TO ALL COUNSEL AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the Law Offices of George W. Nowell, hereby appear in this action as co-counsel and local counsel for plaintiff NIPPONKOA INSURANCE CO. LTD. ("NIPPONKOA"). Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon (to the extent service is not accomplished through the E-filing system):

> George W. Nowell, Esq.
> Paul B. Arenas, Esq.
> LAW OFFICES OF GEORGE W. NOWELL
> 120 Montgomery Street, Suite 1990
> San Francisco, CA 94104

1

Service should be continued to be made upon NIPPONKOA's original counsel David T. Maloof, Esq. who has been admitted pro hac vice in this action as follows:

> David T. Maloof, Esq.
> Maloof Browne & Eagan LLC
> 411 Theodore Fremd Ave.
> Suite 190-North Lobby
> Rye, NY 10580

Dated: October 18, 2007     **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/S/_____ .
PAUL B. ARENAS
Attorneys for Plaintiff
NIPPONKOA INSURANCE CO. LTD.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P1018.2007-1745