Conte C. Cicala (173554)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
Email:  contec@fdw-law.com

Attorneys for Defendant
TRANSBAY CONTAINER TERMINAL, INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD., | Case No.: C07-04581 EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR TRANSBAY CONTAINER TERMINAL, INC.** |
| vs. | |
| TOTAL TERMINALS INTERNATIONAL, LLC, and TRANSBAY CONTAINER TERMINAL, INC., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that FLYNN, DELICH & WISE LLP hereby appears in this action as counsel for defendant TRANSBAY CONTAINER TERMINAL, INC. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon (to the extent service is not accomplished through the E-filing system):

      Conte C. Cicala, Esq.
      FLYNN, DELICH & WISE LLP
      One California Street, Suite 350
      San Francisco, CA 94111

NOTICE OF APPEARANCE OF COUNSEL FOR TRANSBAY CONTAINER TERMINAL, INC.
Case No. RG 07-04581 EMC

1    A substitution of counsel will be filed forthwith.

4  Dated:  November 2, 2007         FLYNN, DELICH & WISE LLP

                                    By_____
                                         Conte C. Cicala
                                    Attorneys for Defendant
                                    TRANSBAY CONTAINER TERMINAL, INC.

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

NOTICE OF APPEARANCE OF COUNSEL FOR TRANSBAY CONTAINER TERMINAL, INC.
Case No. RG 07-04581 EMC

2