CONTE C. CICALA (Bar No. 173554)
FLYNN, DEICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Email: contec@fdw-law.com

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY LIMITED | CASE NUMBER: 07-CV-04581-EMC |
| v. Plaintiff(s) | |
| TOTAL TERMINALS INTERNATIONAL, LLC and TRANSBAY CONTAINER TERMINAL, INC. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

TRANSBAY CONTAINER TERMINAL, INC.     [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes CONTE C. CICALA _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  One California Street, Suite 350
*Street Address*

San Francisco, CA 94111        (415) 693-5566   (415) 693-0410   173554
*City, State, Zip Code*         *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Cornelius Mahoney
*Present Attorney*

Dated: 11-2-07

*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 11/6/2007

Cornelius A. Mahony
*Signature of Present Attorney*
MAHONEY + KEANE, LLP.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 11/7/2007

*Signature of New Attorney*

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: _____

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                               G01