**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9   NIPPONKOA INSURANCE CO.,                    No. C07-4581 EMC

10              Plaintiff,

11        v.                                    **CLERK'S NOTICE**

12   TOTAL TERMINALS INTERNATIONAL,
     et al.,

13              Defendants.

14   _____/

15

16   TO ALL PARTIES AND COUNSEL OF RECORD:

17        YOU ARE NOTIFIED THAT the Case Management Conference set for December 12, 2007

18   at 1:30 p.m. is reset for **January 2, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in

19   Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case

20   Management Statement shall be filed by December 26, 2007.

21

22   Dated:  November 20, 2007

23                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk

24

25   by:  _____
                                                Betty Fong
26                                              Courtroom Deputy

27

28