UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD., | No. C 07-04581 EMC |
| Plaintiff(s), | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| v. | AND |
| TOTAL TERMINALS INTERNATIONAL LLC, et al | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 28, 2007       Signature  s/ David T. Maloof

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")