IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIPPONKOA INS. CO.,                     No. C 07-04581 SI

       Plaintiff,                         **NOTICE**

  v.

TOTAL TERMINALS INTERNATIONAL,

       Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 15, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 12, 2007                            RICHARD W. WIEKING, Clerk

                                                             Tracy Sutton
                                                             Deputy Clerk