David T. Maloof (3350)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com
*Attorneys for Plaintiff*
NIPPONKOA INSURANCE CO., LTD.

Conte C. Cicala (173554)
FYLNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
E-mail: contec@fdw-law.com
*Attorneys for Defendant*
TRANSBAY CONTAINER TERMINAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD.,<br>Plaintiff,<br>vs.<br>TOTAL TERMINALS INTERNATIONAL, LLC, and TRANSBAY CONTAINER TERMINAL, INC.,<br>Defendants. | CASE NO: C07-04581 SI<br><br>**STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

It is hereby stipulated by the undersigned counsel that this action is discontinued without prejudice as against Defendant Total Terminals International, LLC only.

| | |
|---|---|
| MALOOF BROWNE & EAGAN LLC | FYLNN, DELICH & WISE LLP |

By:___s/ David T. Maloof_____
David T. Maloof (3350)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
*Attorneys for Plaintiff*
Nipponkoa Insurance Co., Ltd.

By:___s/ Conte C. Cicala_____
Conte C. Cicala (173554)
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
E-mail: contec@fdw-law.com
*Attorneys for Defendant*
TRANSBAY CONTAINER TERMINAL, INC.

SO ORDERED

_____
United States District Judge
Hon. Susan Illston

Dated: December 14, 2007
       Rye, New York