1  David T. Maloof (3350)
   MALOOF BROWNE & EAGAN LLC
2  411 Theodore Fremd Avenue, Suite 190
   Rye, New York 10580
3  Tel: (914) 921-1200
   Fax: (914) 921-1023
4  E-mail: dmaloof@maloofandbrowne.com
   *Attorneys for Plaintiff*
5  NIPPONKOA INSURANCE CO., LTD.

6  Conte C. Cicala (173554)
7  FYLNN, DELICH & WISE LLP
   One California Street, Suite 350
8  San Francisco, CA 94111
   Telephone: (415) 693-5566
9  Facsimile: (415) 693-0410
   E-mail: contec@fdw-law.com
10 *Attorneys for Defendant*
   TRANSBAY CONTAINER TERMINAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD., <br> Plaintiff, <br> vs. <br> TOTAL TERMINALS INTERNATIONAL, LLC, and TRANSBAY CONTAINER TERMINAL, INC., <br> Defendants. | CASE NO: C07-04581 SI <br><br> **STIPULATION AND ORDER OF PARTIAL DISMISSAL** |

It is hereby stipulated by the undersigned counsel that this action is discontinued without prejudice as against Defendant Total Terminals International, LLC only.

|  |  |
|---|---|
| MALOOF BROWNE & EAGAN LLC | FYLNN, DELICH & WISE LLP |
| By:  s/ David T. Maloof<br>David T. Maloof (3350)<br>411 Theodore Fremd Avenue, Suite 190<br>Rye, New York 10580<br>Tel: (914) 921-1200<br>Fax: (914) 921-1023<br>*Attorneys for Plaintiff*<br>Nipponkoa Insurance Co., Ltd. | By:  s/ Conte C. Cicala<br>Conte C. Cicala (173554)<br>One California Street, Suite 350<br>San Francisco, CA 94111<br>Telephone: (415) 693-5566<br>Facsimile: (415) 693-0410<br>E-mail: contec@fdw-law.com<br>*Attorneys for Defendant*<br>TRANSBAY CONTAINER TERMINAL, INC. |

SO ORDERED

[signature: Susan Illston]

United States District Judge
Hon. Susan Illston

Dated: December 14, 2007
       Rye, New York