1  Conte C. Cicala (173554)
   FLYNN, DELICH & WISE LLP
2  One California Street, Suite 350
   San Francisco, CA 94111
3  Telephone: (415) 693-5566
   Facsimile: (415) 693-0410
4  Email:  contec@fdw-law.com

5  Attorneys for Defendant
   TRANSBAY CONTAINER TERMINAL, INC.
6

7
                    UNITED STATE DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       (SAN FRANCISCO DIVISION)
10

11
   NIPPONKOA INSURANCE CO., LTD.,   ) Case No.: C07-04581 SI
12                                  )
            Plaintiff,              ) **NOTICE OF SETTLEMENT**
13                                  )
       vs.                          )
14                                  )
   TOTAL TERMINALS INTERNATIONAL,   )
15 LLC, and TRANSBAY CONTAINER      )
   TERMINAL, INC.,                  )
16                                  )
17          Defendants.             )
                                    )
18

19 TO THIS HONORABLE COURT AND ALL PARTIES HERETO:

20     PLEASE TAKE NOTICE that a settlement has been reached

21 between the parties which will, upon finalization, result in a

22 dismissal of this action with prejudice as to all parties.

23 Dated:  January 18, 2008       FLYNN, DELICH & WISE LLP

24

25                                 

26
                                  By_____
27                                    Conte C. Cicala
                                  Attorneys for Defendant
28                                TRANSBAY CONTAINER TERMINAL, INC.


NOTICE OF SETTLEMENT
Case No. RG 07-04581 SI
                              1