1

```
Conte C. Cicala (173554)
FYLNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 693-5566
Facsimile:  (415) 693-0410
E-mail:  contec@fdw-law.com

Attorneys for Defendant
TRANSBAY CONTAINER TERMINAL, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NIPPONKOA INSURANCE CO., LTD.,<br><br>   Plaintiff,<br>vs.<br><br>TOTAL TERMINALS INTERNATIONAL, LLC, and TRANSBAY CONTAINER TERMINAL, INC.,<br><br>   Defendants. | CASE NO: C07-04581 SI<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Federal Rules of Civil Procedure, the parties hereto stipulate that this action is dismissed in its entirety with prejudice, and without costs.

Dated: March 12, 2008

MALOOF BROWNE & EAGAN LLC

/s/ David T. Maloof

David T. Maloof
*Pro Hac Vice*
Attorneys for Plaintiff
NIPPONKOA INSURANCE CO., LTD.

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. C07-04581 SI

1  Dated: March 12, 2008          FLYNN, DELICH & WISE LLP
2
3                                 _____
4                                 Conte C. Cicala (173554)
                                  Attorneys for Defendant
5                                 TRANSBAY CONTAINER
                                  TERMINAL, INC.
6
7
8                         [PROPOSED] ORDER
9
       Good cause having been shown, pursuant to stipulation it is
10
   so ordered.
11
12
   DATED: _____
13
14                                 _____
                                   UNITED STATES DISTRICT JUDGE
15