1

1  Conte C. Cicala (173554)
   FYLNN, DELICH & WISE LLP
2  One California Street, Suite 350
   San Francisco, CA 94111
3  Telephone: (415) 693-5566
   Facsimile:  (415) 693-0410
4  E-mail:  contec@fdw-law.com

5  Attorneys for Defendant
   TRANSBAY CONTAINER TERMINAL, INC.
6

7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9             (SAN FRANCISCO DIVISION)

10                                    )
    NIPPONKOA INSURANCE CO., LTD.,    )  CASE NO: C07-04581 SI
11                                    )
                                      )
12                     Plaintiff,     )  STIPULATION OF DISMISSAL WITH
              vs.                     )  PREJUDICE; [PROPOSED] ORDER
13                                    )  THEREON
    TOTAL TERMINALS INTERNATIONAL,    )
14  LLC, and TRANSBAY CONTAINER       )
    TERMINAL, INC.,                   )
15                                    )
                                      )
16                     Defendants.    )

17
            STIPULATION OF DISMISSAL WITH PREJUDICE
18

19       Pursuant to Rule 41, Federal Rules of Civil Procedure, the

20  parties hereto stipulate that this action is dismissed in its

21  entirety with prejudice, and without costs.

22

23  Dated: March 12, 2008            MALOOF BROWNE & EAGAN LLC

24

25

26                                   David T. Maloof
                                     *Pro Hac Vice*
27                                   Attorneys for Plaintiff
                                     NIPPONKOA INSURANCE CO., LTD.
28

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. C07-04581 SI

2

Dated: March 12, 2008                    FLYNN, DELICH & WISE LLP


                                          Conte C. Cicala (173554)
                                          Attorneys for Defendant
                                          TRANSBAY CONTAINER
                                          TERMINAL, INC.


### [PROPOSED] ORDER

Good cause having been shown, pursuant to stipulation it is

so ordered.


DATED: _____

                                          UNITED STATES DISTRICT JUDGE